

AUG 29 2008

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR04-331 DSF

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| *Rafael Gerardo* | ) Supervised Release) |
| | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (  )  the safety of any person or the community.

//

//

The court concludes:

A.   (✗)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _see PS report_

_____

_____

_____

(B)   ( )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: ___8/29/08___

_____
STEPHEN J. HILLMAN
UNITED STATES  MAGISTRATE JUDGE

2